# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| HOLLIS JACKSON, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    No. 05-3254-CV-S-DW |
| | ) |
| WINDSOR REPUBLIC DOORS, | ) |
| | ) |
|       Defendant. | ) |

## SCHEDULING ORDER

Pursuant to Rules 16(b) and 26(f), Fed. R. Civ. P., and upon consideration of the parties' proposals in this matter, the following time schedule is established for pre-trial discovery, the joinder of additional parties, amendment of the pleadings, the filing of motions, and certain additional matters.

1. Discovery shall close as of September 29, 2006.

2. Any motions to join additional parties shall be filed not later than March 31, 2006.

3. Any motions to amend the pleadings shall be filed not later than April 28, 2006.

4. Any motion to compel discovery shall be filed prior to the time specified for the close of discovery, unless a response to a discovery request is not due until after said date, in which case a motion to compel with respect to that discovery request shall be filed within ten (10) days immediately after the response is made or is due (whichever is earlier).

5. Motions in limine must be filed 30 days before the date of trial. Responses to motions in limine shall be filed seven (7) days after the filing of said motions.

6. All other motions, except those filed under Rules 12(h)(2) or (3), and 41(b) shall be filed not later than October 27, 2006.

7. All supplemental responses to interrogatories concerning experts, as are required under Federal Rule of Civil Procedure 26(e), shall be filed not later than sixty (60) days before the close of discovery in the case of a party whose expert will support an affirmative claim for relief, or not later than thirty (30) days before the close of discovery in the case of a party whose expert will defend against an affirmative claim for relief.

8. Disclosure of Expert Testimony.

(1) A party who intends to call an expert to support an affirmative claim for relief shall disclose the expert's testimony not later than sixty (60) days before the close of discovery, as is contemplated by Federal Rule of Civil Procedure 26(a)(2)(A), (B). A party who intends to call an expert to defend against an affirmative claim for relief shall disclose the same no later than (30) days before the close of discovery. Note that these times differ from those specified in Federal Rule of Civil Procedure 26(a)(2)(C).

(2) The parties are directed to file their expert disclosures with the Court pursuant to Federal Rule of Civil Procedure 26(a)(4), and Local Rule 26.4(2).

(3) The Court considers treating physicians, coroners and like professionals not retained to testify for a party to be expert witnesses. Consequently, they are subject to the disclosure requirements set forth in Rule 26(a)(2)(A). However, such witnesses' disclosures need not be accompanied by the written report directed in Rule 26(a)(2)(B).

9. The following schedule applies to claims in connection with employment discrimination brought under 42 U.S.C. §2000(e) et seq. (Title VII), 29 U.S.C. §621 et seq., (Age Discrimination in Employment Act), 29 U.S.C. §794 (Rehabilitation Act of 1973), 42 U.S.C. § 2101 et seq. (Americans with Disabilities Act), or under 42 U.S.C. § § 1981, 1983 or 1985. The party making such claim shall, not later than sixty (60) days prior to the date specified for the close of discovery, serve and file a designation of each incident or happening which may be offered at trial to show either the discriminatory treatment for which the claim is made, or the discriminatory animus. Such designations shall include (1) a brief description of the incident or happening; (2) the date and place thereof; and (3), the identity of the persons involved.

The schedules fixed herein will not be extended except for good cause shown and upon further written order of the Court.

                                                /s/ Dean Whipple
                                                **DEAN WHIPPLE**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

DATED: February 24 , 2006.
[Rev. 6/5/98]