IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| HOLLIS JACKSON | ) | |
| Plaintiff (s) | ) | |
| vs. | ) | Civil No. 05-3254-CV-S-DW |
| WINDSOR REPUBLIC DOORS | ) | |
| Defendant (s) | ) | |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED that :** the Court GRANTS Defendant's motion for summary judgment on Counts I, II and III in the Complaint. The Clerk of the Court is directed to enter final judgment in favor of Defendant on all counts.

PATRICIA L. BRUNE, CLERK

Date: March 23, 2007         By:   /s/ Y. Johnson
                                   Deputy Clerk